**Brian C. Hickman, OSB No. 031096**
bhickman@gordon-polscer.com
**Joshua E. Tabak, OSB No. 214668**
jtabak@gordon-polscer.com
**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Road
Suite 560
Tigard, Oregon 97223
Telephone:    (503) 242-2922
Facsimile:    (503) 242-1264

*Attorneys for Plaintiff*
*Philadelphia Indemnity Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ANNETTE M. STILL, MELVIN FARRIS, ETHEL WATSON, ELLEN BROWN, ESTATE OF LUCY SCHNEIDER BY AND THROUGH ITS PERSONAL REPRESENTATIVE GABRIELLE DEEM, JANICE LOPEZ, LAURA HOWARD, CAROLYN JOHNSON, SHEILA LAMBERT, LAWRENCE PARKER, NATALIE STRICKLAND, DENNIS WILSON, PAUL OSTERLUND, DOUGLAS BENEZRA, LINDA JONES, JAMES COHAN, ELIZABETH GONZALES, JOHN GHORMLEY,  ISRAEL HOWARD (BY AND THROUGH LAURA HOWARD, HIS CUSTODIAL GAURDIAN), EUGENE IWANSKI, NANCY KINCADE, LEROY RAMSEY, BARBARA REED, PATRICK RILEY, ANNA SCHNEIDER, JAN WONG, | Case No. 3:23-cv-00909-YY<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE    Page 1

|  |  |
|---|---|
| LAURA HOWARD, AND INCOME PROPERTY MANAGEMENT CO., MIDDLESEX INSURANCE COMPANY, NORTHWEST HOUSING ALTERNATIVES, INC., AND ROSEMONT SENIOR HOUSING ASSOCIATES, LP,<br><br>            Defendants. |  |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff and Defendants, by and through their respective attorneys[1], hereby stipulate that all claims and counterclaims alleged in the above-entitled action should be dismissed, without prejudice, as to all claims, counterclaims, causes of action, and parties, without an award of attorneys' fees and/or costs to any parties.

**IT IS SO STIPULATED.**

| Dated: May 6th, 2024 | Dated: May 6th, 2024 |
|---|---|
| GORDON & POLSCER, LLC<br><br>By: *s/ Brian C. Hickman*<br>Brian C. Hickman, OSB No. 031096<br>bhickman@gordon-polscer.com<br>Joshua E. Tabak, OSB No. 214668<br>jtabak@gordon-polscer.com<br>9020 SW Washington Square Road<br>Suite 560<br>Tigard, Oregon 97223<br>Telephone Number: (503-242-2922<br><br>*Attorneys for Plaintiff* | TONKON TORP LLP<br><br>By: *s/ Ryan M. Bledsoe*<br>Ryan M. Bledsoe, OSB No. 073296<br>ryan.bledsoe@tonkon.com<br>Telephone Number: 503.802.2120<br>888 S.W. Fifth Avenue, 16th Floor<br>Portland, Oregon 97204<br><br>*Attorneys for Defendants Income Property Management Co.* |

**SIGNATURES CONTINUED ON NEXT PAGE**

---

[1] It is the undersigned attorneys understanding that Defendant Janice Lopez is unrepresented in this matter. Ms. Lopez has not appeared and has not been responsive. The undersigned attorneys have no reason to believe Ms. Lopez would oppose this Joint Stipulation.

| | |
|---|---|
| Dated: May 6th, 2024 | Dated: May 6th, 2024 |
| LAW OFFICE OF CHAD STAVLEY, P.C.<br><br>By: s/ Chad Stavley<br>Chad Stavley, OSB No. 034656<br>chad@stavleylaw.com<br>434 19th Ave.<br>Portland, Oregon 97209<br>Telephone Number: (503) 546-8812<br><br>*Attorneys for Defendant Ellen Brown and Estate of Lucy Schneider* | DUNN CARNEY ALLEN HIGGINS & TONGUE LLP<br><br>By: s/ Brian R. Talcott<br>Brian R. Talcott, OSB 965371<br>btalcott@dunncarney.com<br>By: s/ Kevin T. Sasse<br>Kevin T. Sasse, OSB 155434<br>ksasse@dunncarney.com<br>851 SW Sixth Ave., Suite 1500<br>Portland, Oregon 97204-1357<br>Telephone Number: (503) 224-6440<br><br>*Attorneys for Northwest Housing Alternatives, Inc. and Rosemont Senior Housing Associates, LP* |
| Dated: May 6th, 2024 | Dated: May 6th, 2024 |
| CATHCART LAW OFFICE<br><br>By: s/ Kevin Cathcart<br>Kevin L. Cathcart, OSB #912337<br>klcathcart@yahoo.com<br>4411 NE Tillamook Street<br>Portland, Oregon 97213<br>Telephone: (503) 261-8898<br>Facsimile: (503) 261-1055<br><br>*Attorneys for Defendant Melvin Farris* | KAFOURY & MCDOUGAL<br><br>By: s/ Adam Kiel<br>Adam Kiel, OSB # 091231<br>kiel@kafourymcdougal.com<br>411 SW 2nd Ave<br>Suite 200<br>Portland, Oregon 97204<br><br>Telephone:   (503) 224-2647<br>Facsimile:    (503) 224-2673<br><br>*Attorneys for Laura Howard, Carolyn Johnson, Sheila Lambert, Lawrence Parker, Natalie Strickland, and Dennis Wilson* |

///

///

In consideration of the Parties' Joint Stipulation of Dismissal, it is hereby ordered that the above-captioned lawsuit is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to close the file.

ENTERED this 6th of Day of May, 2024.

*Youlee Yim You*
Youlee Yim You
United States Magistrate Judge